FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2017
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TBM III MOVIE, LLC, a North Carolina Limited Liability Company and AQUARIUS FILMS, LLP, a United Kingdom Limited Liability Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>PFG ENTERTAINMENT, INC., a California corporation and TED ROSENBLATT, an individual,<br><br>Defendants. | Case No.: CV13-4949-PSG (AGRx)<br><br>**REDACTED**<br><br>**SPECIAL VERDICT FORM** |

## SPECIAL VERDICT FORM

*We, the Jury, answer the questions submitted to us in regard to the claims in this action as follows:*

1. Do you find that Defendants' infringement of TBM III Movie LLC's copyright in *Toolbox Murders 2* was innocent?

    a. PFG Entertainment        Yes _____        No __X__

    b. Ted Rosenblatt           Yes _____        No __X__

*If you answered Questions 1 "No" as to either Defendant, please answer Question 2. If you answered Questions 1 "Yes" as to each Defendant please skip to Question 3.*

2. Do you find that Defendants' infringement of TBM III Movie LLC's copyright in *Toolbox Murders 2* was willful?

    a. PFG Entertainment        Yes __X__          No _____

    b. Ted Rosenblatt           Yes __X__          No _____

3. Please state the amount of damages that you award in favor of TBM III Movie LLC and against Defendants for their infringement of *Toolbox Murders 2*:

    a. PFG Entertainment:       $ __375,000__

    b. Ted Rosenblatt:          $ __375,000__

4. Do you find that Defendants' infringement of Aquarius Films LLP's copyright in the *Toolbox Murders (2003)* was innocent?

    a. PFG Entertainment        Yes _____        No __X__

    b. Ted Rosenblatt           Yes _____        No __X__

2

*If you answered Questions 4 "No" as to either Defendant, please answer Question 5. If you answered Questions 4 "Yes" as to each Defendant please skip to Question 6.*

5. Do you find that Defendants' infringement of Aquarius Films LLP's copyright in the *Toolbox Murders (2003)* was willful?
   a. PFG Entertainment        Yes __X__    No _____
   b. Ted Rosenblatt           Yes __X__    No _____

6. Please state the amount of damages (statutory) that you award in favor of Aquarius Films LLP and against Defendants for their infringement of *Toolbox Murders (2003)*:
   a. PFG Entertainment:       $ __85,000__
   b. Ted Rosenblatt:          $ __85,000__

DATED: 1/27/17          SIGNED: __REDACTED__
                        UNITED STATES DISTRICT COURT
                        PRESIDING JUROR

**<u>Please deliver this verdict form to the bailiff after it is completed and signed.</u>**

3