Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David R. Shein (SBN 230870)
david@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY DIDIO, et al., | Case No.: CV13-4949-PSG (AGRx)<br>*Hon. Philip S. Gutierrez Presiding* |
| Plaintiffs, | **[PROPOSED] JUDGMENT** |
| vs. | |
| DEAN JONES, et al., | |
| Defendants. | |

## [~~PROPOSED~~] JUDGMENT

Whereas, on March 18, 2015 the parties arbitrated the claims of copyright infringement of Plaintiffs Aquarius Films, LLP and TBM III Movie, LLC against Defendants PFG Entertainment, Inc., and Ted Rosenblatt through ADR Services, Inc., before the Hon. George P. Schiavelli (Ret.)(the "Arbitration");

Whereas, on March 24, 2015 Judge Schiavelli completed and signed the Arbitration Verdict Form presented to him by the parties, finding that Aquarius Films, LLP owns a valid copyright in *Toolbox Murders* and TBM III Movie, LLC owns a valid copyright in *Toolbox Murders 2* and finding both defendants liable to both Plaintiffs for copyright infringement (Dkt. 235 and 235-1);

Whereas, on May 22, 2015 Judge Schiavelli issued an Order granting Plaintiffs' request for arbitration costs and attorneys fees in the amount of $28,279.00 (Dkt. 244 and 244-1);

Whereas, on January 27, 2017 a jury in this case returned a verdict on the remaining claims, finding that Defendants' infringement of Plaintiffs' respective copyrights was willful and awarding damages of $375,000 to Plaintiff TBM III Movie, LLC and $85,000 to Plaintiff Aquarius Films, LLP.

**ACCORDINGLY, JUDGMENT IS ENTERED AS FOLLOWS:**

1. Ted Rosenblatt and PFG Entertainment, Inc. are adjudged to have willfully infringed Aquarius Films, LLP's copyright in *Toolbox Murders (2003)*, and to be jointly and severally liable to Aquarius Films, LLP for damages thereon in the amount of $85,000;

2. Ted Rosenblatt and PFG Entertainment, Inc. are adjudged to have willfully infringed TBM III Movie, LLC's rights in *Toolbox Murders 2*, and to be jointly and severally liable to TBM III Movie LLC for damages thereon in the amount of $375,000;

      3.    Ted Rosenblatt and PFG Entertainment, Inc. are also jointly and severally liable to Plaintiffs for costs and attorneys' fees in the amount of twenty-eight thousand two hundred and seventy-nine dollars ($28,279.00) incurred in connection with the Parties' liability arbitration; and

      4.    Ted Rosenblatt and PFG Entertainment, Inc. are also jointly and severally liable to Plaintiffs for costs and attorneys' fees incurred in this case in the amount of _____ ($_____), which amount is exclusive of the costs and fees incurred with the liability arbitration proceedings.

SO ORDERED

Dated: __2/3/17__, 2017    By:   PHILIP S. GUTIERREZ
                                                                                     Hon. Philip S. Gutierrez
                                                                                     U.S. District Court Judge