UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV13-4949 PSG (AGRx) | Date | May 9, 2017 |
| Title | Tony Didio et al. v. Dean Jones et al. | | |

| | |
|---|---|
| Present: The Honorable | Philip S. Gutierrez, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers): Order DENYING Motion for a New Trial**

Before the Court is Defendants PFG Entertainment and Ted Rosenblatt's motion for a new trial pursuant to Fed. R. Civ. P. 59(a). Dkt. # 300. The Court considers the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); L.R. 7–15.

Having read and considered the arguments presented in Defendants' motion (Dkt. # 300), Plaintiffs' Opposition (Dkt. # 306), and Defendants' Reply (Dkt. # 307), the Court DENIES the motion

**IT IS SO ORDERED**.

AB for WH